**Order filed January 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00589-CV
_____

**SYLVIA COOKE, Appellant**

**V.**

**RACHEL BAIER, Appellee**

---

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087510**

---

## O R D E R

Appellant's brief was due December 30, 2020**1**. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.